ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL (DJ 2024-062C)

| | | |
|---|---|---|
| AMG SECURITIES, LLC; JOSÉ ÉDISON FELICIANO TORRES; MELISSA PINET SALICRUP; por sí y en representación de todas las personas igualmente situadas,<br><br>Peticionaria,<br><br>v.<br><br>DPA REAL ESTATE, LLC; DINORAH ROMÁN SANTOS,<br><br>Recurrida. | TA2025CE00775 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón.<br><br>Civil núm.: BY2024CV06903.<br><br>Sobre: *culpa in contrahendo*; incumplimiento de contrato. |

Panel integrado por su presidenta, la juez Lebrón Nieves, la jueza Romero García y el juez Rivera Torres.

Romero García, jueza ponente.

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de diciembre de 2025.

Por tercera ocasión y en el transcurso de pocos meses, atendemos un recurso instado por la parte demandante, aquí peticionaria[1] (en conjunto, AMG).

Ahora, AMG insta este recurso de *certiorari* el 17 de noviembre de 2025, con el fin de que este Tribunal revoque las *Resoluciones* y *Órdenes* emitidas por el foro primario el 12 y 18 de septiembre de 2025, notificadas el 12 y 19 de septiembre de 2025, respectivamente, y la del 17 de octubre de 2025, notificada en esa misma fecha[2].

---

[1] El primer recurso de *certiorari*, cuyo alfanumérico es el **TA2025CE00006**, fue instado el **16 de junio de 2025**, con el fin de que revisáramos 4 órdenes interlocutorias emitidas por el foro primario. Mediante nuestra *Resolución* final del 7 de julio de 2025, denegamos la expedición de recurso. Luego, el **16 de octubre de 2025**, AMG compareció nuevamente en el recurso de apelación núm. **TA2025AP00453**, con el fin de que revisáramos una sentencia parcial emitida y notificada el 18 de julio de 2025 (en ella, el foro primario desestimó la reclamación instada en contra de DPA Real Estate, LLC), así como otras dos órdenes interlocutorias. Mediante nuestra *Sentencia* emitida y notificada el 22 de octubre de 2025, desestimamos el recurso por su presentación tardía.

[2] La *Resolución y Orden* dictada y notificada el 17 de octubre de 2025, constituye la denegatoria de la reconsideración presentada por AMG, en cuanto a la *Resolución y Orden* del 18 de septiembre de 2025. En cuanto a la *Orden* dictada y notificada el 12 de septiembre de 2025, esta solo es pertinente en cuanto dispone el término para que la parte recurrida presentara su posición en cuanto a la rebeldía anotada a AMG y en cuanto al requerimiento de admisiones

En síntesis, AMG sostiene que el foro primario abusó de su discreción al imponerle una sanción económica[3], una vez dejó sin efecto la anotación de su rebeldía en cuanto a la reconvención instada en su contra.

Además, en su segundo señalamiento de error, AMG aduce que el tribunal abusó de su discreción al sostener su determinación del 27 de mayo de 2025, que dio por admitido el requerimiento de admisiones que fuera cursado por la recurrida, señora Dinorah Román Santos, desde el 24 de marzo de 2025[4].

De otra parte, el 20 de noviembre de 2025, emitimos y notificamos una *Resolución* en la que concedimos a la recurrida hasta el 1 de diciembre de 2025, para comparecer. A esta fecha, la recurrida nada ha hecho, por lo que resolvemos sin el beneficio de su comparecencia.

Evaluado el recurso de *certiorari*, así como los documentos que obran en su apéndice, este Tribunal concluye que la parte peticionaria no pudo establecer que el foro primario hubiera incurrido en error alguno. Tampoco surge del expediente que el tribunal recurrido haya abusado de la discreción que le asiste, de forma tal que se haga meritorio eludir la norma de abstención judicial que regula el ejercicio de nuestras funciones.

Así pues, en virtud de lo dispuesto en la Regla 40 del Reglamento de este Tribunal de Apelaciones, según enmendado, *In re aprobación de Enmiendas al Reglamento del Tribunal de Apelaciones*, Resolución ER-01, 2025 TSPR 42, 215 DPR ___ (2025), resolvemos **denegar la expedición del auto de *certiorari***.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[3] Se trata de una sanción de $175.00, por el incumplimiento de AMG con varias órdenes del tribunal y en lugar de la anotación de su rebeldía. Véase, *Resolución y Orden* del 18 de septiembre de 2025.

[4] Ambos temas fueron atendidos por este Tribunal en nuestra *Resolución* del 7 de julio de 2025, en el recurso TA2025CE00006, a las págs. 2-4.